[No. 5104–1. Division One. March 27, 1978.]

E. M. GREENWOOD, ET AL, *Appellants,* v. MARSHALL A. NEUBERT, *Individually and as Administrator, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 807967, James W. Mifflin, J., entered September 30, 1976. *Affirmed* by unpublished per curiam opinion.


[No. 5113–1. Division One. March 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. LEE ARTHUR HARPER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 77003, George H. Revelle, J., entered September 24, 1976. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Andersen and Ringold, JJ.


[No. 5303–1. Division One. March 27, 1978.]

JOHN ROBERT CURRIER, *Appellant,* v. THE DEPARTMENT OF MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for Island County, No. 8900, Howard A. Patrick, J., entered December 29, 1976. *Affirmed* by unpublished per curiam opinion.